# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>JOHNNY'S QUALITY EXTERIORS, INC., et al.<br>*Defendant* | Civil Action No. 1:14-CV-3120-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff Atlantic Casualty Insurance Company's Motion for Summary Judgment (ECF No. 26) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE  Plaintiff's Motion for Summary Judgment.

Date: September 17, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen